IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHAD RAMOLD,

    Defendant.

4:25CR 3050

INDICTMENT
21 U.S.C. § 841(a)(1) & (b)(1)

The Grand Jury Charges:

## COUNT I

On or about October 16, 2024, in the District of Nebraska, CHAD RAMOLD, defendant herein, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about October 25, 2024, in the District of Nebraska, CHAD RAMOLD, defendant herein, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about November 11, 2024, in the District of Nebraska, CHAD RAMOLD, defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

_____
MARTIN J. CONBOY, IV
Assistant United States Attorney